IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MERRILL JOHNSTON,<br><br>                Defendant. | 8:19CR331<br><br>FINAL ORDER<br>OF FORFEITURE |

       This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 68). The Court has reviewed the record in this case and finds as follows:

       1.      On April 6, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 64), pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1) and 853 and based upon defendant Merrill Johnston ("Johnston") pleading guilty to Count I of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, Johnston forfeited any interest he had in $3,800 and $3,349 in United States currency seized from 1420 Rodeo Road, #19, North Platte, Nebraska, on or about September 13, 2019, to the government.

       2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 8, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on June 9, 2022 (Filing No. 67).

       3.      The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

       4.      The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 68) is granted.
2. All right, title and interest in and to the $3,800 and $3,349 in United States currency, held by any person or entity are forever barred and foreclosed.
3. The $3,800 and $3,349 in United States currency is forfeited to the government.
4. The government is directed to dispose of the $3,800 and $3,349 in United States currency in accordance with law.

Dated this 26th day of July 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge